No. 83–5549. CANTRELL v. FLORIDA, 464 U. S. 1047;

No. 83–5783. SIMPSON v. ISRINGHAUSEN, 464 U. S. 1072;

No. 83–5799. RUSSELL v. TEXAS, 465 U. S. 1073;

No. 83–5872. GATES v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, 465 U. S. 1031;

No. 83–5975. SENTI v. SHARMA ET AL., 465 U. S. 1034; and

No. 83–6018. WHITE v. TOPPITZER, 465 U. S. 1035. Petitions for rehearing denied.

APRIL 4, 1984

No. 83–6138. FLASMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

No. 83–6532 (A–803). GOODE v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied. Certiorari denied. JUSTICE REHNQUIST took no part in the consideration or decision of this application and petition.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay, grant certiorari, and vacate the death sentence in this case.

No. 83–6533 (A–804). SONNIER v. MAGGIO, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. JUSTICE REHNQUIST took no part in the consideration or decision of this application and petition.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth